TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00292-CV






Appellant, Mary Park// Cross-Appellant, Western Union Financial Services, Inc.


v.


Appellee Western Union Financial Services, Inc.// Cross-Appellant, Mary Park






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. D-1-GN-07-000136, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING




O R D E R



 Appellee and cross-appellant Western Union Financial Services, Inc., has filed an
unopposed motion requesting that its cross appeal be dismissed. See Tex. R. App. P. 42.1. 
Accordingly, we grant the motion and dismiss the cross appeal. Cause number 03-08-00292-CV will
proceed with the following style: Mary Park v. Western Union Financial Services, Inc.

 It is so ordered December 12, 2008.


__________________________________________ Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson